Bruce W. Brewer, OSB #925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **ROBIN BARQUEST,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMISSIONER,**<br>Social Security Administration,<br><br>Defendant. | Case No. 6:21-cv-00604-SI<br><br>**ORDER FOR**<br>**ATTORNEY FEES - 42 USC §406(b)** |

It is ORDERED, based on applicable law and the stipulation of the parties, that the motion for attorney fees (ECF #39) is granted and that an attorney fee pursuant to 42 U.S.C. §406(b) in the amount of $3,156.72 is hereby awarded to Plaintiff's Counsel. It is further ORDERED that this fee shall be paid directly to Plaintiff's Counsel by check made payable to Bruce Brewer and sent to him at PO Box 421, West Linn, OR 97068.

It is so ORDERED this __3rd__ day of January, 2023.

_____
The Honorable Michael H. Simon
U.S. District Court Judge

Presented by:
Bruce W. Brewer, OSB #925581

ORDER - 1